RECEIVED
AUG 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**TAPRINA JACKSON**             :
      **Plaintiff,**

v.                              :     Case No: 1:08-CV-01048
                                         JUDGE REGGIE B. WALTON

**U.S. DEPARTMENT OF COMMERCE** :
**et al.,**
      **Defendants.**

### PROOF OF SERVICE

I certify that I served Defendant, Mr. Fanning, the Director of Office Management at the U.S. Department of Commerce by serving the Agent of the U.S. Department of Commerce, C. Russell, by certified mail return receipt requested with the Summons, Complaint, Electronic Case Filing Order, and Consent to Proceed before a Magistrate on June 23, 2008 at 1401 Constitution Avenue N.W., Washington, D.C. 20230. Attached hereto is the original of the Return Receipt signed by Defendant's Agent as Proof of Service.

I declare under penalty of perjury under the laws of the United States of America that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct.

DATED: 8-14-08                      SIGNED: _____
                                                                    Joan A. Harvill
                                                                    D.C. Bar: 309112
                                                                    Attorney for Plaintiff
                                                                    1629 K. Street N.W.
                                                                    Suite 300
                                                                    Washington, D.C. 20006
                                                                    (202) 466-6346

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Dept. of Commerce
   Mr. Fanning, Director
   Office Management Serv,
   1401 Constitution Ave NW
   Washington, DC 20230

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X C. Russell          ☒ Agent
                         ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   C Russell                     6/23/2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 0220 0000 1807 6053

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

TAPRINA JACKSON                     :
         Plaintiff,

v.                                  :     Case No: 1:08-CV-01048
                                          JUDGE REGGIE B. WALTON

U.S. DEPARTMENT OF COMMERCE         :
et al.,
         Defendants.

## PROOF OF SERVICE

I certify that I served the U.S. Attorney General Department of Justice by serving the Agent of the U.S. Attorney General Department of Justice, Ernest Parker, by certified mail return receipt requested with the Summons, Complaint, Electronic Case Filing Order, and Consent to Proceed before a Magistrate on June 24, 2008 at 950 Pennsylvania Avenue N.W., Room B-103, Washington, D.C. 20530-0001. Attached hereto is the original of the Return Receipt signed by Defendant's Agent as Proof of Service.

I declare under penalty of perjury under the laws of the United States of America that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct.

DATED: 8-14-08                 SIGNED: _____
                               Joan A. Harvill
                               D.C. Bar: 309112
                               Attorney for Plaintiff
                               1629 K. Street N.W.
                               Suite 300
                               Washington, D.C. 20006
                               (202) 466-6346

RECEIVED
AUG 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>JUN 2 4 2008 | C. Date of Delivery |
| 1. Article Addressed to:<br>US Attorney General<br>Dept. of Justice<br>Room B-103<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7003 1010 0000 2858 7217 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**TAPRINA JACKSON**             :
       **Plaintiff,**

v.                              :    Case No: 1:08-CV-01048
                                                   JUDGE REGGIE B. WALTON

**U.S. DEPARTMENT OF COMMERCE** :
**et al.,**
       **Defendants.**

### PROOF OF SERVICE

I certify that I served Defendants, Carlos Gutierrez, Secretary of the U.S. Department of Commerce, by certified mail return receipt requested with the Summons, Complaint, Electronic Case Filing Order, and Consent to Proceed before a Magistrate on June 24, 2008 at 1401 Constitution Avenue N.W., Washington, D.C. 20230. Attached hereto is the original of the Return Receipt signed by Defendant's Agent, S. Jones, as Proof of Service.

I declare under penalty of perjury under the laws of the United States of America that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct.

DATED: 8-14-08                 SIGNED: _____
                                                                    Joan A. Harvill
                                                                    D.C. Bar: 309112
                                                                    Attorney for Plaintiff
                                                                    1629 K. Street N.W.
                                                                    Suite 300
                                                                    Washington, D.C. 20006
                                                                    (202) 466-6346

**RECEIVED**

AUG 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): S. Jones   C. Date of Delivery: 6-24-08 |
| 1. Article Addressed to: U.S. Dept of Commerce, Carlos M. Gutierrez, Secretary of Commerce, 1401 Constitution Ave NW, Washington, DC 20230 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0220 0000 1807 6046 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

TAPRINA JACKSON :
        Plaintiff,

v. : Case No: 1:08-CV-01048
    JUDGE REGGIE B. WALTON

U.S. DEPARTMENT OF COMMERCE :
et al.,
        Defendants.

## PROOF OF SERVICE

I certify that I served the United States Attorney, by serving the Civil Process Clerk at the Office of the U.S. Attorney, by certified mail return receipt requested with the Summons, Complaint, Electronic Case Filing Order, and Consent to Proceed before a Magistrate on June 24, 2008 at 501 3rd Street N.W., Washington, D.C. 20530. Attached hereto is the original of the Return Receipt signed by Defendant's Agent as Proof of Service.

I declare under penalty of perjury under the laws of the United States of America that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct.

DATED: 8-14-08          SIGNED: _____
                        Joan A. Harvill
                        D.C. Bar: 309112
                        Attorney for Plaintiff
                        1629 K. Street N.W.
                        Suite 300
                        Washington, D.C. 20006
                        (202) 466-6346

RECEIVED
AUG 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUN 2 4 2008<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>U.S. Attorney<br>Civil Process Clerk<br>501 3rd. ST. N.W.<br>Washington, DC 20530-0001 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1350 0002 2105 8778 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540